**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 1:08-CR-223 |

UNITED STATES OF AMERICA

V.

HAROLD WAYNE PERKINS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HAROLD WAYNE PERKINS

---

| |
|---|
| NAME (Type or print)<br>JOSEPH R. LOPEZ |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>S/JOSEPH R. LOPEZ |
| FIRM   JOSEPH R. LOPEZ, LTD. |
| STREET ADDRESS   53 W. JACKSON BLVD. SUITE 1122 |
| CITY/STATE/ZIP   CHICAGO, ILLINOIS 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6186562 | TELEPHONE NUMBER (312) 922-2001 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL X      APPOINTED COUNSEL ☐