**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS     MAR 1 8 2008
EASTERN DIVISION

MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **08CR 223** |
| | ) | |
| v. | ) | |
| | ) | Arlander Keys |
| HAROLD PERKINS, also known as | ) | United States Magistrate Judge |
| "PK"; ROBERTO DURAN, | ) | |
| also known as "JOSE" and "BERTO"; | ) | |
| WALLACE BUTCHER; and | ) | |
| DAVID MALDONADO | ) | |

**GOVERNMENT'S MOTION TO SEAL**
**COMPLAINT, AFFIDAVIT, ARREST WARRANT**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this Court seal the criminal Complaint, Affidavit, and Arrest Warrant in this matter.

The public filing of the Complaint, Affidavit, and Arrest Warrant in this matter before the Arrest Warrant can be executed could alert the defendant and other subjects and compromise an ongoing investigation. For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to Seal, and any resulting order by the Court, be sealed until June 16, 2008, or until the execution of the Arrest Warrant, whichever comes first.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
MAUREEN E. MERIN
Assistant U.S. Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 353-1457