Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 223-1 | **DATE** | 3/27/2008 |
| **CASE TITLE** | USA vs. Harold Perkins etal | | |

**DOCKET ENTRY TEXT**

Preliminary Examination held. Enter a finding of probable cause. The Defendant is ordered Bound to the District Court for further proceedings. Detention hearing held; the Defendant will be released once certain conditions of bond are met as stated on the record. Detention hearing continued to 4/2/08 at 3:00 p.m. The Defendant to remain in custody until further order of court. *AK*

No notices required

02:00

| | Courtroom Deputy | AC |
|---|---|---|