# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 223 - 1 | **DATE** | July 8, 2008 |
| **CASE TITLE** | USA vs. HAROLD PERKINS | | |

**DOCKET ENTRY TEXT:**

Arraignment held. Defendant enters plea of not guilty. 16.1 conference to be held by July 16, 2008. Pretrial motions are to be filed by August 20, 2008. Responses are to be filed by September 10, 2008. Replies are due September 17, 2008. Status hearing is set for September 18, 2008 at 1:30 pm. Trial is set for January 12, 2009 at 9:15 am. Final pretrial conference is set for January 8, 2009 at 4:00 pm. All motions in limine and supporting memoranda, 404(b), and Sanitago material shall be filed by December 18, 2008. Bond shall stand. Enter excludable delay for the period of 7/8/2008 through 9/18/2008 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv). X-T-4

No notices required, advised in open court.

| | Courtroom Deputy Initials: | JS |
|---|---|---|