UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 08 CR 223 |
| | ) | Judge Virginia M. Kendall |
| HAROLD PERKINS | ) | |

**APPEARANCE OF COUNSEL**

Please take notice that Assistant United Sates Attorney Tyler C. Murray is assigned to this case.

By:   *s/Tyler C. Murray*
TYLER C. MURRAY
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, Illinois  60604
(312) 353-7846

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**APPEARANCE OF COUNSEL**

was served on July 18, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

          By:    *s/Tyler C. Murray*
                   TYLER C. MURRAY
                   Assistant United States Attorney