UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 223 |
| v. | ) | |
| | ) | Honorable Virginia M. Kendall |
| HAROLD PERKINS | ) | |

**GOVERNMENT'S INFORMATION STATING PREVIOUS DRUG CONVICTION
TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby files this Information Stating Previous Conviction to be Relied Upon in Seeking Increased Punishment pursuant to Title 21, United States Code, Section 851(a):

In the event the defendant is convicted of an offense under Title 21, United States Code, Sections 841(a)(1) or 846 charged in the Indictment in this case, the United States shall seek increased punishment pursuant to Title 21, United States Code, Section 841(b) based on one of the following convictions for felony drug offenses which became final prior to the commission of the offense charged in the Indictment:

(i)  On or about February 25, 1997, in the Circuit Court of Cook County, in Case No. 96CR0901502, defendant HAROLD PERKINS was convicted of possession of controlled substances in violation of 720 ILCS 570/402(C), a class 4 felony under Illinois law, for which the defendant received a sentence of 1 year's probation.

(ii)  On or about May 19, 1993, in the Circuit Court of Cook County, in Case No. 92CR2522201, defendant HAROLD PERKINS was convicted of distribution of controlled substances in violation of Ill. Rev. Stat. Ch. 56 ½, ¶ 1401-D, now 720 ILCS 570/401(D), a class 2

felony under Illinois law, for which the defendant received a sentence of 6 years' imprisonment.

WHEREFORE, the government gives notice that defendant has at least one prior conviction for a felony drug offense, and therefore the sentence upon his conviction for an offense under Title 21, United States Code, Sections 841(a)(1) or 846 charged in the Indictment in this case shall include a term of imprisonment of not less than 20 years and not more than life, a fine not to exceed $8,000,000, and a term of supervised release of not less than 10 years up to and including any number of years, pursuant to Title 21, United States Code, Section 841(b).

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:   /s/ Maureen Merin
       MAUREEN E. MERIN
       Assistant United States Attorney
       United States Attorney's Office
       219 S. Dearborn Street, 5th Floor
       Chicago, Illinois  60604

Dated: July 21, 2008       (312) 353-5300

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**GOVERNMENT'S INFORMATION STATING PREVIOUS DRUG CONVICTION
TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT**

was served on July 21, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. 5, LR 5.5, and the General Order on Electronic Case Filing ("ECF") pursuant to the district court's system as to ECF filers.

s/ Maureen Merin
MAUREEN E. MERIN
Assistant United States Attorney
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5300