**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 223 |
| | ) | |
| v. | ) | Hon. Virginia Kendall |
| | ) | United States District Judge |
| HAROLD PERKINS, *et al.* | ) | |

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that on Monday August 4, 2008, at 1:30 p.m., or as soon

thereafter as this Motion may be heard, I shall appear before the Honorable Virginia

Kendall, or any Judge sitting in her place or stead, in the courtroom usually occupied by

her at 219 South Dearborn Street, Chicago, Illinois 60604, and present the

**GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER**.

                                        /s  Maureen E. Merin
                                        MAUREEN E. MERIN
                                        Assistant United States Attorney
                                        219 South Dearborn St., Suite 500
                                        Chicago, Illinois 60604
                                        (312) 3553-1457