# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                              Case No.: 1:08−cr−00223
                                                    Honorable Virginia M. Kendall

Harold Perkins, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Defendants Johnson & Butcher's motions for extension of time [80]& [82] are granted. All defendants are given to 10/20/2008 to file pretrial motions and supporting memoranda. Responses are to be filed by 11/10/2008. Replies are due 11/17/2008. Status hearing date of 9/18/2008 is reset for 11/20/2008 at 02:00 PM. Enter excludable delay for the period of 8/19/2008 through 1/12/2009 pursuant to 18 USC 3161(h)(8)(B)(iv). Mailed notice (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.